```
 1
 2
 3                          UNITED STATES DISTRICT COURT
 4
 5                                  DISTRICT OF NEVADA
 6
 7                                          * * *
 8
 9  UNITED STATES OF AMERICA,            )
10                                       )
              Plaintiff,                 )
11                                       )     2:07-cr-0014-JCM-RJJ
    vs                                   )
12                                       )
    RENE OSWALD COBAR,                   )
13                                       )
              Defendant,.                )     **ORDER**
14  _____)
15
            Presently before the court is defendant Rene Oswald Cobar's motion to correct a clerical error
16
    in this court's order (doc. #318) denying a new trial.  (Doc. #323).
17
            After a bench trial, Mr. Cobar was convicted of counts 1, 2, and 4 of the indictment, charging
18
    him with conspiracy to import five kilograms or more of cocaine, conspiracy to import one kilogram
19
    or more of heroin, and conspiracy to distribute or possess with intent to distribute one kilogram or
20
    more of heroin. (Doc. #249).  However, this court's previous order (doc. #318) denying Mr. Cobar's
21
    motion for a new trial inadvertently stated that Mr. Cobar was tried by jury.
22
            Good cause appearing,
23
            IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Mr. Cobar's motion to
24
    correct the clerical error in this court's order (doc. #318) at page 1, line 19 (doc. #323) be, and the
25
    same hereby is, GRANTED.
26
    . . .
27
    . . .
28
```

1      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that this court's order denying a new trial (doc. #318) be, and the same hereby is, VACATED. An amended order shall follow.

DATED December 27, 2011.

_____
UNITED STATES DISTRICT JUDGE