# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:04-mj-02009-PAL |
| vs. | ) | **ORDER** |
| RENE OSWALD COBAR, *et al.,* | ) | |
| Defendants. | ) | |

Before the court is a pro se Motion to Request Copy of Court Records (Dkt. #2) filed under seal in this closed magistrate judge case. Because the motion sought a copy of a sealed document, the court directed the United States to file a response. The United States' Response (Dkt. #4) indicates that the Defendant is represented by Attorney Kevin Stolworthy in Case No. 2:07-cr-00014-JCM-RJJ, which is currently on appeal to the Ninth Circuit. As the Defendant is represented by counsel, the United States asserts that any future filings should be made through his counsel.

Local Rule IA 10-6(a) provides, in pertinent part, "[a] party who has appeared by attorney cannot while so represented appear or act in the case. An attorney who has appeared for a party shall be recognized by the Court and all the parties as having control of the client's case." A review of the court's docket confirms that the Defendant is represented by counsel in Case NO. 2:07-cr-00014-JCM-RJJ, which is currently on appeal to the Ninth Circuit. Accordingly,

**IT IS ORDERED** that:

1. The Defendant's Motion (Dkt. #2) is **STRICKEN** and **DENIED**.
2. The clerk of the court shall file a copy of this order in Case No. 2:07-cr-00014-JCM-RJJ.

Dated this 13th day of February, 2012.

Peggy A. Leen
United States Magistrate Judge