**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> RENE OSWALD COBAR, ) <br> ) <br> Defendant,. ) <br> ) | 2:07-cr-0014-JCM-RJJ <br><br><br><br><br><br> **ORDER** |

Presently before the court is defendant Rene Oswald Cobar's motion to correct clerical error and for a hearing (doc. #327) and motion for a copy of court records (doc. #333). The government has not responded.

Motion to Correct Clerical Error

Defendant's motion to correct clerical error does not sufficiently explain the nature of the errors he complains of, nor is it supported by a memorandum of points and authorities. Pursuant to Local Criminal Rule 47-9, "the failure of a moving party to file points and authorities in support of [a] motion shall constitute a consent to the denial of the motion." As defendant has failed to file any points and authorities in support of his motion, and as the motion does not sufficiently describe the relief which defendant seeks, the court will deny the motion.

. . .

. . .

. . .

Motion for Copy of Court Records

The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *See id.* Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

Here, defendant has not stated any specific reason that he needs the documents he requests. He simply states the documents are "essential [to] the completion of his appeal which is pending in the Ninth Circuit." Defendant's motion will be denied without prejudice. If defendant does have a specific need for these documents, he may file a renewed motion that states his specific need and provides a copy of his inmate balance sheet to demonstrate he cannot afford to pay for the copies.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to correct clerical error (doc. #327) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant's motion for copies of court records (doc. #333) be, and the same hereby is, DENIED without prejudice.

DATED this 9th day of March, 2012.

UNITED STATES DISTRICT JUDGE