**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs<br><br>RENE OSWALD COBAR,<br><br>        Defendant,. | 2:07-cr-0014-JCM-RJJ<br><br><br>**ORDER** |

Presently before the court is defendant Rene Oswald Cobar's sealed motion for a copy of court records. (Doc. #328). The government has not responded.

The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *See id.* Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

. . .

. . .

1      Further, the local rules of practice for this district provide that, "the failure of a moving party

2 to file points and authorities in support of [a] motion shall constitute a consent to the denial of the

3 motion." LCR 47-9.

4      Here, defendant has failed to provide this court with any evidence or argument that he cannot

5 prepay the copy fees for the documents he requests. He also has failed to file a memorandum of

6 points and authorities in support of his request.

7      Accordingly,

8      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for

9 copies of court records (doc. #328) be, and the same hereby is, DENIED without prejudice.

10      DATED this 9th day of March, 2012.

UNITED STATES DISTRICT JUDGE